GEORGE R. CARTER, ESQ.　　　　　　　　　　　　E- filed 8-25-09
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, NV 89104
(702) 384-8951
vegasatty@att.net
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                    ) CASE NO.   BK-S-09-12720-BAM
                                          ) CHAPTER   7
CARLOS MOYANO,                            )
                                          )
          Debtor.                         ) DATE: 9-29-09
                                          ) TIME: 2:30 p.m.

### MOTION FOR COURT APPROVAL OF SHORT SALE AGREEMENT

COMES NOW Debtor CARLOS MOYANO, by and through his attorney GEORGE R. CARTER, ESQ., and moves this Court pursuant to 11 U.S.C. Section 105(a) and Section 506(a)(1), for an order approving a short sale of the Debtor's principal place of residence, on the terms set forth in the attached Residential Purchase Agreement.

This residence is listed in Debtor's Schedule A as valued at One Hundred Fifty Thousand Dollars ($150,000), while there are liens against the house totaling Three Hundred Seven Thousand Dollars ($307,000). The proposed sale price is One Hundred Eighteen Thousand Dollars ($118,000.00), which means neither the Debtor nor the estate will receive anything.

Debtor is seeking approval for the short sale agreement because the escrow cannot close and title insurance be issued without an order from this Court.

Debtor understands that approval of the Lender will be required before the sale can be consummated, seeks approval from this Court as a necessary condition to close the escrow now opened.

/ / /

/ / /

Wherefore, Let an order issue granting approval of the short sale of Debtor's residence for One Hundred Eighteen Thousand Dollars ($118,000.00).

Done and dated this 2\_\_ day of August, 2009.

*/s/ George R. Carter*
GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, Nevada 89104
(702) 384-8951
vegasatty@att.net
Attorney for Debtor