**Entered on Docket
September 21, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Bank of America, National Association as seccessor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series 2006-CB7
09-73841

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-12720-bam |
| Carlos Moyano | Date: 7/14/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Bank of America, National Association as seccessor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series 2006-CB7, its assignees and/or successors in interest, of the subject property, generally described as 901 Billings Street, Henderson, NV 89015.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**
    /s/ Gregory L. Wilde

By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
/s/ George R. Carter (approve per phone conversation on 9-18-09)
_____
George R. Carter
812 East Sahara Avenue
2nd Floor
Las Vegas, NV 89104
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV  89146
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_X\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or        \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_    approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or        \_x\_\_\_failed to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or        \_\_\_\_\_ failed to respond to the document

Submitted by:
 \_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.